# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207–8 | User: smott | Date Created: 3/4/2019 |
| Case: 8–19–71518–reg | Form ID: 245 | Total: 16 |

**Recipients of Notice of Electronic Filing:**
tr     Allan B. Mendelsohn     amendelsohn@amendelsohnlaw.com
aty    Rachel L Kaylie     Rachel@kaylielaw.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         Adalaide Thomas     39 Claurome Place     Freeport, NY 11520
smg      NYS Department of Taxation & Finance     Bankruptcy Unit     PO Box 5300     Albany, NY 12205
smg      NYS Unemployment Insurance     Attn: Isolvency Unit     Bldg. #12, Room 256     Albany, NY 12240
smg      NYC Department of Finance     345 Adams Street     Office of Legal Affairs     Brooklyn, NY 11201–3719
smg      United States Trustee     Office of the United States Trustee     Long Island Federal Courthouse     560 Federal Plaza     Central Islip, NY 11722–4437
9487103     Bank of America     Attn: Bankruptcy NC4–105–02–77     Po Box 26012     Greensboro, NC 27410
9487104     Citimortgage     Attn: Centralized Bankruptcy     Po Box 9438     Gettsburg, MD 20898
9487105     Equifax     Attn: Bankruptcy Dept.     P.O. Box 740241     Atlanta, GA 30374
9487106     Experian     Attn: Bankruptcy Dept.     P.O. Box 2002     Allen, TX 75013
9487107     Internal Revenue Service     Attn: Involvency     2970 Market Street     Philadelphia, PA 19104
9487108     Mr. Cooper     Attn: Bankruptcy     8950 Cypress Waters Blvd     Coppell, TX 75019
9487109     NY State Dept. Finance     WA Harriman Campus     Albany, NY 12227–0001
9487110     Transunion     Attn: Bankruptcy Dept.     P.O. Box 1000     Crum Lynne, PA 19022
9487111     Visa Dept Store National Bank/Macy's     Attn: Bankruptcy     Po Box 8053     Mason, OH 45040

TOTAL: 14